

# NUMBER 13-12-00443-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**HECTOR RIVERA JR.,** **Appellant,**

**v.**

**JONATHAN TREVINO,** **Appellee.**

---

### On appeal from the County Court at Law No. 7
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Hector Rivera Jr. attempted to perfect an appeal from an order signed on June 19, 2012, in cause number CL-12-0522-G. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment dated June 19, 2012. On July 17, 2012, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1,

42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

Additionally, on July 17, 2012, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e). *See* TEX. R. APP. P. 9.5(e). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within 30 days from the date of that notice. An amended notice of appeal has not been filed.

Upon review of the documents before the Court, it appears there is no final, appealable judgment dated June 19, 2012. In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct the defects in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the
27th day of August, 2012.

2